UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
―――――――――――――――――――――x

| | |
|---|---|
| JOSHUA ADAMS,<br>　　　　Plaintiff, | Civil ActionNo.<br>1:20-cv-10002-GBD |
| -against- | |
| MONONOKE, INC. d/b/a BERON BERON and QUINTACO, LLC., | **JOINT STIPULATIONOF DISMISSAL WITHPREJUDICE** |
| 　　　　Defendants. | |

―――――――――――――――――――――x

　　　　Plaintiff JOSHUA ADAMS and DefendantsMONONOKE, INC. and QUINTACO, LLC. by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

　　　　Dated: April8, 2021

By: _____
Gabriel A. LevyEsq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
41 Flatbush Avenue
Brooklyn, New York 11217
(516) 287-3458
Glevyfirm@gmail.com

By: _____
Jonathan Lefkowitz, Esq.
*Attorney for Defendants*
151 1st Ave #214
New York, NY 10003
646-216-8380
jon@lefkowitz-law.com

cc: Via CM/ECF